DOUGLASS AND OTHERS *against* WIGGINS AND ANOTHER.

*May* 19th.

Injunction lies to prevent a lessee's making material alterations in a dwelling house, by changing it into a warehouse, or store, which would produce permanent injury to the building.

THIS was a bill for an injunction, to stay waste. It stated, that the defendants had taken a lease of a dwelling-house in *Pearl-street*, in the city of *New-York*, for four years, from the 1st of *May*, 1815; that the lease provided, that the defendants were to lay out 300 dollars in improvements, *to be approved of* by the lessors; that, against the consent of the lessors, the defendants were converting the whole dwelling house into a store, and were prostrating partitions, and cutting through the ceilings and floors in the second and third stories, and fixing a wheel and tackle in the third story to raise heavy packages, which would be to the great and constant injury of the building, as the timbers in the third story were weak.

*Anthon*, for the plaintiffs, cited *Bonnett* v. *Sadler*, 14 *Ves.* 526. *Amb.* 209. *Anon.* and *Bacon*, tit. *Waste*, c. 5.

THE CHANCELLOR. Let the injunction issue.

Motion granted.